PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7298
      Facsimile: (415) 436-6748
      Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| E-N-,<br><br>            Plaintiff,<br><br>   v.<br><br>KIKA SCOTT,[1] Senior Official Performing the Duties of the Director, United States Citizenship and Immigration Services, *et al*.,<br><br>          Defendants. | 4:24-cv-09418 DMR<br><br>**STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA; [PROPOSED] ORDER**<br><br>Hon. Donna M. Ryu |

      Pursuant to 28 U.S.C. § 1404(a), the parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to transfer this case to the United States District Court for the Central District of California. The Central District of California is a district where this case might have been brought because Plaintiff seeks scheduling of an interview on their asylum application, which is being processed at the United States Citizenship and Immigration Services Los Angeles Field Office. Moreover, Plaintiff's current address is in Monterey Park, California, and all parties consent to transfer to the Central District of California. The parties further stipulate that Defendants' time to respond to the complaint is extended to sixty days after this case is docketed with the United States District Court for

---

[1] Kika Scott is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

the Central District of California.

Dated: March 17, 2025

Respectfully submitted,[2]

PATRICK D. ROBBINS
Acting United States Attorney

_/s/ Elizabeth D. Kurlan_____
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: March 17, 2025

_/s/ Erdogan Tunc_____
ERDOGAN TUNC
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.  This case hereby is transferred to the United States District Court for the Central District of California. Defendants' time to respond to the complaint is extended to sixty days after this case is docketed with the United States District Court for the Central District of California.

Date: March 17, 2025

_____
DONNA M. RYU
United States Chief Magistrate Judge

---

[2] In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.